**Arthur S. BENT, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 6450.**

Circuit Court of Appeals, Ninth Circuit.

Feb. 8, 1932.

Julius V. Patrosso, of Los Angeles, Cal., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and John G. Remey, John H. McEvers, and Wm. Earl Smith, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, and James K. Polk, Jr., Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for respondent.

Before WILBUR and SAWTELLE, Circuit Judges, and JAMES, District Judge.

**WILBUR, Circuit Judge.**

In pursuance of stipulation, the judgment in this case shall follow the judgment in case No. 6449, H. Stanley Bent v. Commissioner of Internal Revenue (C. C. A.) 56 F.(2d) 99.

Order affirmed.